# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 28, 2009

Marilyn Kelly,
Chief Justice

137766

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
   Plaintiff-Appellee,

v

GREGORY YOUNG,
   Defendant-Appellant.

SC: 137766
COA: 286840
Wayne CC: 79-001960-01-FC

_____/

   On order of the Court, the application for leave to appeal the October 9, 2008 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



   I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 28, 2009

s0420

Clerk